# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTON HOWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Defendants. | Case No.  1:16-cv-00076-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 21) |

This action was filed on January 15, 2016.  (ECF No. 1.)  On December 7, 2016, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a) of the Federal Rules of Civil Procedure provides that a Plaintiff may dismiss an action without a court order prior to an answer or motion for summary judgment being filed or by a stipulation of dismissal signed by all parties who have appeared.  In this instance, the parties have filed a stipulation to dismiss this action with prejudice with the parties agreeing to bear their own fees and costs.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **December 8, 2016**

UNITED STATES MAGISTRATE JUDGE

1